No. 5862.

DAN SMITH v. THE STATE.

PLEADING—VENUE—INFORMATION is insufficient if it fails to allege the venue of the offense. A good complaint is not vitiated by a bad information, but sufficient allegations in the complaint will not supply the omission of such in the information.

APPEAL from the County Court of Erath. Tried below before the Hon. W. W. Moores, County Judge.

The conviction was for gaming, and the penalty assessed against the appellant was a fine of ten dollars.

No brief for the appellant.

*W. L. Davidson*, Assistant Attorney General, for the State.

WHITE, PRESIDING JUDGE. In this case the Assistant Attorney General confesses error in that the information fails to sufficiently allege the venue of the offense. The venue is properly and sufficiently alleged in the complaint, but this does not cure the defect in the information. (Lawson v. The State, 13 Texas Ct. App., 83.)

The information will be quashed, but, the affidavit or complaint being good, the prosecution will not be dismissed. The judgment will be reversed in order that the prosecution may file a new information, if so desired. A good affidavit is not vitiated by a bad information. (Johnson v. The State, 19 Texas Ct. App., 545; Orr v. The State, ante, 453.)

*Reversed and remanded.*